

**LAW OFFICES OF ERIC FRANZ, P.L.L.C.**
**www.efranzlaw.com**
(212) 355-2200 (phone)
(212) 937-2217 (fax)

September 22, 2020

**BY ECF**
The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

```
The conference currently scheduled for October 1,
2020, is adjourned until December 1, 2020, at 10:00
a.m.  In addition, time will be excluded until the
date of the conference.  SO ORDERED.
```

*Loretta A. Preska*  9/22/2020

RE:   *United States* **v.** *Justin Rivers, et al.*, 20 Cr. 202 (LAP)

Dear Judge Preska:

I represent the defendant, Justin Rivers, and submit this letter on behalf of all counsel for the codefendants and the government to jointly and respectfully request that the court conference currently scheduled for October 1, 2020 at 10:00 a.m., be adjourned for sixty days.

This is the fourth request for an adjournment of the initial pretrial conference.  By way of background, on March 17, 2020 the defendants were Indicted in the instant matter.  The case was assigned to Your Honor and an initial pretrial conference was scheduled for March 31, 2020.  At the request of all parties, this conference was adjourned by the Court to May 18, 2020.  Then, with the consent of all parties, on May 14, 2020, this Court adjourned the conference from May 18, 2020 to July 20, 2020 and then again, to October 1, 2020.

The reason for the instant request is to afford counsel and their respective clients time to review the discovery received from the government and to allow for continued plea negotiations.

The defendants consent to the exclusion of time under the Speedy Trial Act from today until the date of the next scheduled conference pursuant to 18 U.S.C. § 3161(h)(7) on the basis that the interest of the public and the defendants in a speedy trial are outweighed here by the interests of the defendants in having an opportunity to receive and review discovery and consider any possible pre-trial motions or pre-trial dispositions, an exclusion which we submit is also appropriate in light of the national emergency declared over the coronavirus pandemic.

Thank you for your consideration of this request.

Most Respectfully,

*Eric Franz*
_____
ERIC FRANZ

---

**New York City**
747 Third Ave. 20th Fl., New York, N.Y. 10017

**(Mailing Address)  Long Island**
220 Old Country Road,  Mineola, N.Y. 11501