# DAVID K. BERTAN
**ATTORNEY AT LAW**
**888 GRAND CONCOURSE, SUITE 1N**
**BRONX, NEW YORK 10451**

(718) 742-1688
FAX (718) 585-8640
E-MAIL: DBERTAN@YAHOO.COM

January 29, 2021

*Via ECF*

Hon. Loretta A Preska, United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

> The conference scheduled for February 3, 2021 at 10:00 a.m. is adjourned to March 3, 2021 at 12:00 p.m.  SO ORDERED.
>
> *Loretta A. Preska* 1/29/2021

Hon.

      Re:    **USA v. Jones (Defendant Keith Lynch)**
                **20-Cr-202 (LAP)**

Dear Judge Preska:

      I represent Mr. Lynch in the above matter. I am requesting an adjournment of the conference scheduled for February 3, 2021 at 10:00 AM. I am discussing with Mr. Lynch possible pre-trial resolutions of this matter and need additional time in which to consult with him. Both the Government and Mr. Lynch are in agreement with the requested adjournment. If it is convenient for the Court, I suggest a date sometime in the first week of March, 2021.

      Thank you for your consideration in this matter.

                                              Very truly yours,

                                              David K. Bertan

DKB
cc:     AUSA Bagliebter (Via ECF)