# DAVID K. BERTAN
**ATTORNEY AT LAW**
**888 GRAND CONCOURSE, SUITE 1N**
**BRONX, NEW YORK 10451**

(718) 742-1688
FAX (718) 585-8640
E-MAIL: DBERTAN@YAHOO.COM

March 3, 2021

*Via ECF*

Hon. Loretta A Preska, United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Hon.

        Re:    USA v. Jones (Defendant Keith Lynch)
                  20-Cr-202 (LAP)

Dear Judge Preska:

    I represent Mr. Lynch in the above matter. I am requesting an adjournment of the conference scheduled for March 3, 2021. I am discussing with Mr. Lynch possible pre-trial resolutions of this matter and need additional time in which to consult with him. Both the Government and Mr. Lynch are in agreement with the requested adjournment. If it is convenient for the Court, I suggest a date sometime in early April, 2021. I consent to any exclusion of time.

    Thank you for your consideration in this matter.

                                        Very truly yours,

                                        David K. Bertan

DKB
cc:    AUSA Bagliebter (Via ECF)

```
The conference scheduled for March 3, 2021
is adjourned to April 12, 2021 at 12:00
p.m.  Time shall be excluded until then to
best serve the ends of justice.  SO
ORDERED.
```
*Loretta A. Preska* 3/4/2021