# DAVID K. BERTAN
**ATTORNEY AT LAW**
**888 GRAND CONCOURSE, SUITE 1N**
**BRONX, NEW YORK 10451**

(718) 742-1688
FAX (718) 585-8640
E-MAIL: DBERTAN@YAHOO.COM

August 2, 2021

*Via ECF*

Hon. Loretta A Preska, United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Hon.

      **Re:   USA v. Jones (Defendant Keith Lynch)**
             **20-Cr-202 (LAP)**

Dear Judge Preska:

    I represent Mr. Lynch in the above matter. I am requesting an adjournment of the sentencing hearing scheduled for August 3, 2021 at 10:00 AM. I am awaiting materials from Mr. Lynch's family and friends that will aid the Court in determining the appropriate sentence. I am respectfully requesting the sentencing be adjourned to September 8, 2021. The Government has no objection to my request.

    Thank you for your consideration in this matter.

                                      Very truly yours,

                                      David K. Bertan

DKB
cc:    AUSA Bagliebter (Via ECF)

Sentencing is adjourned to September 8, 2021 at 11:00 a.m.  SO ORDERED.

*Loretta A. Preska*  8/3/2021