# DAVID K. BERTAN
**ATTORNEY AT LAW**
**888 GRAND CONCOURSE, SUITE 1N**
**BRONX, NEW YORK 10451**

**(718) 742-1688**
**FAX (718) 585-8640**
**E-MAIL: DBERTAN@YAHOO.COM**

August 26, 2021

*Via ECF*

Hon. Loretta A Preska, United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Hon.

> **Re:    USA v. Jones (Defendant Keith Lynch)**
> **20-Cr-202 (LAP)**

Dear Judge Preska:

I represent Mr. Lynch in the above matter.  I am requesting an adjournment of the sentencing hearing scheduled for September 8, 2021 at 11:00 AM.  I am awaiting materials from Mr. Lynch's family and friends that will aid the Court in determining the appropriate sentence.  I am respectfully requesting the sentencing be adjourned to September 24, 2021 at 11:00 AM.  The Government has no objection to my request.

Thank you for your consideration in this matter.

Very truly yours,

David K. Bertan

DKB
cc:    AUSA Bagliebter (Via ECF)

Sentencing is adjourned to September 24, 2021 at 11:00 a.m.  SO ORDERED.

*Loretta A. Preska* 8/30/2021