# DAVID K. BERTAN
### ATTORNEY AT LAW
888 GRAND CONCOURSE, SUITE 1N
BRONX, NEW YORK 10451

(718) 742-1688
FAX (718) 585-8640
E-MAIL: DBERTAN@YAHOO.COM



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 9-21-21

September 14, 2021

*Via ECF*

Hon. Loretta A Preska, United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Hon.

        Re:    **USA v. Jones (Defendant Keith Lynch)**
                 **20-Cr-202 (LAP)**

Dear Judge Preska:

      I represent Mr. Lynch in the above matter. I am requesting a final adjournment of the sentencing hearing scheduled for September 24, 2021 at 11:00 AM. I am awaiting materials from Mr. Lynch's family and friends that will aid the Court in determining the appropriate sentence. I am respectfully requesting the sentencing be adjourned to October 5, 2021 at 11:00 AM. The Government has no objection to my request. I am also requesting that the sentencing hearing be conducted in person, if that is convenient for the Court.

      Thank you for your consideration in this matter.

**SO ORDERED**
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
9/21/21

Very truly yours,

David K. Bertan

DKB
cc:    AUSA Bagliebter (Via ECF)

Hon. Loretta A. Preska, United States District Judge
December 24, 2020
Page 2 of 2

