# HOWARD D. SIMMONS, ESQ.

225 Broadway
Suite 1700
New York, NY  10007
Tel:  212-233-1486
Fax:  212-219-8177

<u>Via CM/ECF</u>

June 27, 2023

United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Chambers of U.S. District Judge Loretta A. Preska

**<u>Re: Letter requesting one-week extension
       20-cr-202-LAP</u>**

Hon. Judge Preska,

With this letter I respectfully request a one-week extension to July 7, 2023, to file a response to the government's opposition.

I have recently undergone a serious medical procedure and respectfully request this extension.

Please note that the government in its letter of June 7, 2023, expressed no opposition if I required an extension.

Sincerely,

S/Howard Simmons
Howard Simmons, Esq.

```
Mr. Latimer's request for an extension of
time to file his reply is granted.  Mr.
Latimer shall file his reply by July 7,
2023.

SO ORDERED.
```

*Loretta A. Preska*
6/28/2023