UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>-against-<br><br>JAMEL JONES, MICHAEL LATIMER,<br>JUSTIN RIVERS, and KEITH LYNCH,<br><br>     Defendants. | No. 20 CR 202 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

  The Clerk of the Court shall seal the document at docket number 123 because countervailing privacy interests outweigh the public's right of public access.

**SO ORDERED.**

Dated: September 21, 2023
    New York, New York

            _____
            LORETTA A. PRESKA
            Senior United States District Judge