UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

KEITH LYNCH,

                Defendant.

No. 20 CR 202 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Mr. Lynch's motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2).  (Dkt. no. 129.)  The Government shall respond to Mr. Lynch's motion by March 28, 2024.  Mr. Lynch shall file any reply by April 25, 2024.

**SO ORDERED.**

Dated:    February 29, 2024
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge